UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WOH CHEN CHEE,

                              Plaintiff,

        -against-

CITIENZS FINANCIAL GROPU INC., et al.,

                          Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 2 8 2017

ORDER

17 CV 3079 (GBD) (AJP)

GEORGE B. DANIELS, United States District Judge:

    Pursuant to the notice of voluntary dismissal filed in the lead consolidated action, *In re Citizens Financial Group, Inc.*, et al., Case No. 17-CV-3004, ECF No. 37, this case is dismissed against all Defendants, without prejudice.

Dated: New York, New York
       November 28, 2017

                                  SO ORDERED.

                                  *George B. Daniels*

                                  GEORGE B. DANIELS
                                  United States District Judge